

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00043-CV
_____

AMERICA SAMMOUR, Appellant

V.

ALLSTATE INSURANCE AND ATTORNEY GENERAL PROTECT, Appellees

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 20-6762-431

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant America Sammour filed a timely pro se notice of appeal on April 12, 2021.[1] The clerk's record was filed on June 4, 2021. The original deadline for Sammour's appellate brief was July 5, 2021. At Sammour's request, this Court extended the deadline for filing his appellate brief until August 5, 2021. This Court further extended the deadline for filing Sammour's appellate brief, again at his request, until September 7, 2021.

On September 13, 2021, we received a document that purported to be Sammour's appellate brief. On that same date, we sent Sammour a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Sammour with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed Sammour that if he did not file a brief that complied with Rule 38.1 by October 13, 2021, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

On October 4, 2021, Sammour provided this Court with a second document that we construed as a revised brief. That document also failed to comply with the requirements of Rule

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001. We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

38.1.  Because Sammour has failed to provide this Court with a brief meeting the requirements of Rule 38.1, Sammour's appeal is ripe for dismissal.[2]

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8, 42.3; *see also Running v. City of Athens*, No. 12-18-00047-CV, 2018 WL 2326775, at *1 (Tex. App.—Tyler, May 23, 2018, no pet.) (mem. op.).

Ralph K. Burgess
Justice

Date Submitted:     October 19, 2021
Date Decided:       October 20, 2021

---

[2]Having provided Sammour with ample opportunity to file a proper brief in this matter, we are disinclined to provide Sammour with further direction on how to file a brief that complies with Rule 38.1 of the Texas Rules of Appellate Procedure.  Moreover, we do not have the opposing party's brief and, therefore, cannot affirm upon that brief without examining the record.  *See* TEX. R. APP. P. 38.8(a)(3).